UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA GERARD,<br><br>    Plaintiff,<br><br>    v.<br><br>WELLS FARGO BANK, N.A., and REGIONAL TRUSTEE SERVICES CORPORATION,<br><br>    Defendants. | No. 2:14-cv-1605 GEB DAD PS<br><br><br><br>ORDER |

Plaintiff, Julia Gerard, is proceeding in this action pro se. This matter was, therefore, referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

Noticed for hearing before the undersigned on September 5, 2014, is defendant Wells Fargo Bank, N.A.'s motion to dismiss plaintiff's complaint. (Dkt. No. 10.)[1] Plaintiff has filed an opposition to the motion in which she opposes defendant's noticing of the motion for hearing on September 5, 2014, because plaintiff is scheduled to be outside the state of California on that day and will not be able to attend the hearing. Plaintiff states that she would have been able to attend a hearing held on September 1, 2014. (Dkt. No. 11.)

/////

---

[1] Defendant's motion was originally improperly noticed for hearing before the undersigned on September 1, 2014. (Dkt. No. 8.)

1

Accordingly**, IT IS ORDERED** that the September 5, 2014 hearing of defendant's motion to dismiss is continued to **September 12, 2014**, **at 10:00 a.m.**, at the United States District Court, 501 I Street, Sacramento, California, in Courtroom No. 27, before the undersigned.[2]

Dated:  August 29, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad1\orders\pro se\gerard1605.cont.hrg.ord.docx

---

[2]  Any party may appear at the hearing of the motion to dismiss telephonically if the party pre-arranges such appearance by contacting Pete Buzo, the courtroom deputy of the undersigned magistrate judge, at (916) 930-4128, no later than 48 hours before the hearing; a land line telephone number must be provided.