UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA GERARD, | No. 2:14-cv-1605 GEB DAD PS |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| WELLS FARGO BANK, N.A., and REGIONAL TRUSTEE SERVICES CORPORATION, | |
| Defendants. | |

      Plaintiff, Julia Gerard, is proceeding in this action pro se. This matter was, therefore, referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

      The matter came before the court on September 12, 2014, for hearing of defendant Wells Fargo Bank, N.A.'s motion to dismiss plaintiff's complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. Attorney Chanel Oldham appeared on behalf of defendant Wells Fargo Bank, N.A. No appearance was made by, or on behalf of, plaintiff despite the fact that the court continued the hearing of defendant's motion from September 5, 2014 to September 12, 2014, so that plaintiff could appear, either in person or by telephone, at the hearing. (Dkt. No. 13.)

      Under Local Rule 230(i), plaintiff's failure to appear may be deemed a withdrawal of her opposition to defendant's motion to dismiss. Moreover, plaintiff's failure to appear also raises

the specter that she may no longer wish to prosecute this action.

Accordingly**, IT IS ORDERED** that:

1. A telephonic Status Conference is set for **Tuesday, September 30, 2014, at 11:00 a.m.** at the United States District Court, 501 I Street, Sacramento, California, in Courtroom No. 27 before the undersigned;

2. Plaintiff **shall** **appear** at the September 30, 2014 status conference.  Plaintiff is cautioned that her failure to appear at the status conference may result in a recommendation that this action be dismissed for lack of prosecution and as a sanction for failure to comply with court orders and applicable rules.  See Local Rules 110 and 183;

3. The parties shall appear at the Status Conference telephonically by contacting Pete Buzo, the courtroom deputy of the undersigned magistrate judge, at (916) 930-4128 at least 24 hours before the Status Conference.  A land line telephone number must be provided;

4. Plaintiff shall show good cause in writing for her failure to appear at the September 12, 2014 hearing within 14 days of the date of this order.

Dated:  September 15, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad1\orders\pro se\gerard1605.osc.ord.docx

2