UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA GERARD,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WELLS FARGO BANK N.A.,<br>REGIONAL TRUSTEE SERVICES<br>CORPORATION and DOES 1-10,<br>inclusive,<br><br>　　　　Defendants. | No. 2:14-cv-01605-GEB-DAD<br><br><br>**ORDER** |

　　　　The Motion for Award of Attorneys' Fees filed on April 20, 2015, (ECF No. 27), is referenced to the Magistrate Judge for findings and recommendations since the Magistrate Judge previously prepared findings and recommendations in this case and is familiar with the underlying dismissal motion concerning which attorneys' fees are sought. Accordingly, the June 1, 2015 hearing on the attorneys' fees motion scheduled before the district judge is vacated, and the motion shall be noticed for hearing before the magistrate judge.

Dated:  May 18, 2015

　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　GARLAND E. BURRELL, JR.
　　　　　　　　　　　　　　　　　　Senior United States District Judge

1